BEFORE THE THIRD DIVISION, AUGUST 9, 1960

No. 64443.—Hayim & Company v. United States, protests 59/19674 and 59/19675 (New York).

Opinion by RICHARDSON, J. From an examination of the record, defendant's motion to dismiss the protests was granted, the court holding that the plaintiff could have accomplished what it was here attempting to do, that is, challenge the appraiser's valuation of the merchandise, by filing timely appeals for reappraisement under section 501, *supra*. T. S. *Kennedy Co.* v. *United States* (2 Cust. Ct. 404, C.D. 165), followed.

BEFORE THE SECOND DIVISION, AUGUST 15, 1960

No. 64444.—Royal Blue Print Co. and Hoyt, Shepston & Sciaroni v. United States, protests 294126–K, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of bromide blue cloth similar in all material respects to that the subject of Abstract 62878, the claim of the plaintiffs was sustained.